# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:22-cv-02832-JDW

| | |
|---|---|
| WOLVERTON v. TRAVEL + LEISURE CO. | Date Filed: 07/20/2022 |
| Assigned to: DISTRICT JUDGE JOSHUA D. WOLSON | Date Terminated: 08/12/2022 |
| Cause: 42:1981 Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**LOUIS J WOLVERTON**     represented by     **TIMOTHY M. KOLMAN**
KOLMAN ELY PC
414 HULMEVILLE AVE
PENNDEL, PA 19047
215-750-3134
Fax: 215-750-3138
Email: tkolman@kolmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TRAVEL + LEISURE CO.**
*formerly known as*
WYNDHAM DESTINATIONS, INC.

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2022 | 1 | COMPLAINT against TRAVEL + LEISURE CO., f/k/a WYNDHAM DESTINATIONS, INC. ( Filing fee $ 402 receipt number APAEDC-16055330.), filed by LOUIS J WOLVERTON. (Attachments: # 1 Civil Cover Sheet Cover Sheet, # 2 Designation Form Designation Form)(KOLMAN, TIMOTHY) (Attachment 2 replaced on 7/20/2022) (sbt). (Entered: 07/20/2022) |
| 07/21/2022 | 2 | ORDER THAT PLAINTIFF SHALL SHOW CAUSE IN A MEMORANDUM NOT TO EXCEED SEVEN PAGES FILED ON OR BEFORE JULY 25, 2022, EXPLAINING WHY VENUE LAYS IN THIS COURT AND WHY THE COURT SHOULD RETAIN VENUE AND NOT TRANSFER THIS MATTER TO THE MIDDLE DISTRICT OF PENNSYLVANIA OR ANOTHER MORE APPROPRIATE VENUE PURSUANT TO 28 U.S.C. §§ 1404 AND/OR 1406. SIGNED BY DISTRICT JUDGE JOSHUA D. WOLSON ON 7/21/2022. 7/21/2022 ENTERED AND E-MAILED.(ja) (Entered: 07/21/2022) |
| 07/21/2022 | 3 | Summons Issued as to TRAVEL + LEISURE CO.. Forwarded To: Plaintiff's Counsel on 7/21/22 (va) (Entered: 07/21/2022) |
| 07/28/2022 | 4 | MOTION to Change Venue from Eastern District to Middle District filed by LOUIS J WOLVERTON. (Attachments: # 1 Text of Proposed Order Proposed Order)(KOLMAN, TIMOTHY) Modified on 7/29/2022 (md). (Entered: 07/28/2022) |
| 08/12/2022 | 5 | MEMORANDUM SIGNED BY DISTRICT JUDGE JOSHUA D. WOLSON ON 8/12/22. 8/12/22 ENTERED AND COPIES E-MAILED. UNREP NOT MAILED. (va) (Entered: 08/12/2022) |

| | | |
|---|---|---|
| 08/12/2022 | 6 | ORDER GRANTING 4 MOTION TO TRANSFER TO MIDDLE DISTRICT OF PA. SIGNED BY DISTRICT JUDGE JOSHUA D. WOLSON ON 8/12/22. 8/12/22 ENTERED AND COPIES E–MAILED. UNREP NOT MAILED. (va) (Entered: 08/12/2022) |